# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STANLEY E. LANDERS, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-21-102-F |
| | ) | |
| MARK BOWEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, Stanley E. Landers, II, proceeding *pro se*, commenced this action under 42 U.S.C. § 1983 alleging violations of his constitutional rights. The action was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636.

On June 2, 2021, Magistrate Judge Erwin issued a Report and Recommendation, recommending the action be dismissed without prejudice for failure to pay the initial filing fee as ordered by the court. Magistrate Judge Erwin advised plaintiff of his right to file an objection to the Report and Recommendation on or before June 21, 2021 and further advised that failure to make a timely objection waives the right to appellate review of the factual and legal issues decided in the Report and Recommendation.

To date, plaintiff has neither filed, nor sought an extension of time to file, an objection. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on June 2, 2021 (doc. no. 14) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

The above-entitled action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P., for failure to pay the initial filing fee as ordered by the court.

IT IS SO ORDERED this 29th day of June, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0102p001.docx